IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 23 C 8862 |
| | ) | JUDGE MATTHEW F. KENNELLY |
| AZTEC CEMENT COMPANY, INC., an Illinois corporation, | ) ) ) | |
| JORGE TORREZ, an individual, | ) ) ) | |
| Defendants. | ) | |

**MOTION FOR ENTRY OF DEFAULT, JUDGMENT AND FOR AN
ORDER DIRECTING DEFENDANT JORGE TORREZ TO TURN OVER
<u>MONTHLY FRINGE BENEFIT CONTRIBUTION REPORTS</u>**

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, JORGE TORREZ, an individual, in the total amount of $8,684.54, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,172.25.

Further, Plaintiffs move for entry of default and for an order directing Jorge Torrez, Defendant herein, to turn over Aztec Cement Company, Inc.'s monthly fringe benefit contribution reports due for the months of May 2023 through October 2023, pursuant to the Agreements and Declarations of Trust to which Defendant is bound, said monthly contribution reports being required in order to fully liquidate Plaintiffs' claims.

On September 26, 2023, the Summons and Complaint was served on Defendant Jorge Torrez (by tendering a copy of said documents to George Torrez, Son) at his residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant Jorge Torrez's answer was due on October 17, 2023. As Defendant Jorge Torrez has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/ Destiny A. Collins

Destiny A. Collins
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6343296
Telephone: (312) 216-2562
Facsimile: (312) 236-0241
E-Mail: dcollins@baumsigman.com

I:\Fvcwj\Aztec Cement\#30493\motion for default judgment and order for reports.dac.df.wpd

## **CERTIFICATE OF SERVICE**

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default, Judgment and for an Order) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 17th day of November 2023:

        Mr. Jorge Torrez
        14225 S. Parker Road
        Homer Glen, IL  60491-9694


                /s/   Destiny A. Collins

Destiny A. Collins
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6343296
Telephone:  (312) 216-2562
Facsimile: (312) 236-0241
E-Mail: dcollins@baumsigman.com

I:\Fvcwj\Aztec Cement\#30493\motion for default judgment and order for reports.dac.df.wpd